UNITED STATES of America,
Plaintiff–Appellee,

v.

Hector Francisco TOSTA, a.k.a.
Makeko, Defendant–
Appellant.

No. 06–11256
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 19, 2006.

Timothy Cone, Federal Public Defender's Office, Ft. Lauderdale, FL, Kathleen

* Honorable Pasco Bowman, II, United States Circuit Judge for the Eighth Circuit, sitting by designation.

M. Williams, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

Timothy Cone, counsel for Hector F. Tosta, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Tosta's revocation of supervised release and sentence are AFFIRMED.